796 A.2d 967

Lewis E. ATKINSON, Petitioner,

v.

James Michael EVANS, Respondent.

Supreme Court of Pennsylvania.

May 16, 2002.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of May 2002, the Petition for Allowance of Appeal is GRANTED, limited to the issue of whether a cause of action for intentional interference with contractual relations is viable in a marital context in Pennsylvania.